



Exh. C-01