**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MSP CORPORATION, a Minnesota corporation, | **Civil No. 07-CV-2301 (MJD/SRN)** |
| Plaintiff, | **AFFIDAVIT OF SEAN D'ALBERTIS** |
| vs. | |
| WESTECH INSTRUMENTS, INC., a Georgia corporation; WESTECH INSTRUMENT SERVICES LTD., a United Kingdom corporation; and WESTECH INSTRUMENT HOLDINGS, PLC, a United Kingdom corporation, | |
| Defendants. | |

---

STATE OF MINNESOTA          )
                            ) ss.
COUNTY OF HENNEPIN          )

SEAN d'ALBERTIS, being first duly sworn upon oath, deposes and states as follows:

1.      I am employed by Faegre & Benson LLP as an e-discovery specialist.  I have regularly monitored and saved pages of Westech's website since MSP Corporation filed its complaint on May 14, 2007.

2.      I viewed and saved pages of Westech's website on June 15, 2007 and June 25, 2007.  Westech's webpages were changed between those dates.  I have attached true and correct copies the webpages as viewed on these dates.  The pages as posted on Westech's

website on June 15, 2007 are attached as Exhibit A.  The pages as posted on Westech's

website on June 25, 2007 are attached as Exhibit B.


Further your affiant sayeth not.


*s/ Sean d'Albertis*
Sean d'Albertis

Subscribed and sworn to before me
this 12th day of June, 2007.

*s/ Rebecca Reichel*_____
Notary Public

My Commission Expires Jan. 31, 2012.


fb.us.2171133.01